**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6275**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

JOSH L. KIM, a/k/a Chico,

                    Defendant – Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Chief
District Judge.  (3:07-cr-00042-JRS-2)

Submitted:  June 12, 2009            Decided:  June 26, 2009

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Josh L. Kim, Appellant Pro Se.   Angela Mastandrea-Miller,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Josh L. Kim appeals the district court's order granting his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006), and reducing his sentence to 180 months in prison. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Kim, No. 3:07-cr-00042-JRS-2 (E.D. Va. filed Jan. 22, 2009; entered Jan. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED